# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| CHARLES E. WILSON, et al., | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No. 20-06061-CV-SJ-BCW |
| GENERAL MOTORS, LLC, et al., | ) |
| Defendant(s). | ) |

___  Jury Verdict.   This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  Decision by Court.   This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS HEREBY ORDERED** that

Defendants' Motion to Dismiss is GRANTED pursuant to Fed. R. Civ. P. 12(b)(1). It is further

**ORDERED** that

This case is hereby dismissed without prejudice.

   June 15, 2021               Paige Wymore-Wynn   
Date                             Clerk

Entered on   June 15, 2021          /s/ Christy Anderson   
                                 (By) Deputy Clerk